IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERETTA HOFF, | No. C 07-00126 SI |
|     Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| AT&T-PBIS, | |
|     Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 3, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 7, 2007.

DESIGNATION OF EXPERTS: December 17, 2007; REBUTTAL: January 14, 2008.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 15, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by February 22, 2008;

    Opp. Due March 7, 2008; Reply Due March 14, 2008;

    and set for hearing no later than March 28, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 6, 2008 at 3:30 PM.

JURY TRIAL DATE: May 19, 2008 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's ENE program.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                              SUSAN ILLSTON
                              United States District Judge