LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:    (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
PACIFIC BELL INFORMATION SERVICES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERETTA HOFF, | Case No. C07-00126 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE AN EARLY NEUTRAL EVALUATION ("ENE")** |
| vs. | |
| PACIFIC BELL INFORMATION SERVICES, et al., | |
| Defendants. | Amended Complaint filed: January 31, 2007 |

(1)  WHEREAS this case was referred to an Early Neutral Evaluation ("ENE") on May 31, 2007.

(2)  WHEREAS an ENE session was to be completed by July 26, 2007.

(3)  WHEREAS the ENE has been delayed due to calendar conflicts and the parties wish to continue the deadline to complete the ENE.

(4)  WHEREAS the parties agree to continue the due date to complete the ENE for 60 days.

NOW THEREFORE, the parties stipulate as follows:

The time within which to complete the ENE is extended by 60 days or up to and including September 24, 2007.

1

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

DATED: July 5, 2007                    LAFAYETTE & KUMAGAI LLP


                                        __/s/ Susan T. Kumagai_____
                                        SUSAN T. KUMAGAI
                                        Attorneys for Defendant
                                        PACIFIC BELL INFORMATION SERVICES

DATED: June 30, 2007                   ROBERT L. COWAN, ESQ.


                                        __/s/ Robert L. Cowan _____
                                        ROBERT L. COWAN
                                        Attorney for Plaintiff BERETTA HOFF

        I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.


### CERTIFICATE OF SERVICE

        I certify that a copy of this document was served electronically on July 5, 2007, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

                                        __/s/ Susan T. Kumagai_____
                                        SUSAN T. KUMAGAI


                    [PROPOSED] ORDER


        Pursuant to the Stipulation above, the deadline for completion of the ADR session in the above-captioned matter is hereby extended to September 24, 2007.

                        The further case management conference has been continued
IT IS SO ORDERED.       to 9/28/07 @ 2:30 p.m.



Dated: _____            _____
                                        Hon. Susan Illston
                                        United States District Court for the Northern
                                        District of California

N:\Documents\ATT\Hoff\Pldg\Stip and Order to Extend ADR Time.doc

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE AN EARLY
NEUTRAL EVALUATION ("ENE")
CASE NO. C 07-00126 SI

2

**LAFAYETTE & KUMAGAI LLP**
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605