1  ROBERT COWAN (State Bar No. 218786)
2  1375 Quesada Avenue
   San Francisco, CA  94124
3  cowanlaw@sbcglobal.net
   Telephone: (415) 235-5660
4  Facsimile: (415) 822-1885

5  Attorney for Plaintiff
   BERETTA HOFF

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERETTA HOFF | Case No.: C06-00126 SI |
| Plaintiff, | |
| vs. | **PLAINTIFF BERETTA HOFF'S REQUEST TO CONTINUE SUMMARY JUDGMENT HEARING AND DECLARATION OF ATTORNEY ROBERT COWAN** |
| PACIFIC BELL INFORMATION SERVICES, ET AL,. | |
| Defendant. | |
| | Action Filed: January 31, 2007 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, Plaintiff Beretta Hoff hereby respectfully requests a continuance of the summary judgment hearing scheduled for January 18, 2008, to February 15, 2008, for the following reasons:

1. Plaintiff's attorney, Robert Cowan, is scheduled to appear at a previously scheduled hearing on January 18, 2007 in another court at the same time. Although this summary judgment hearing was originally scheduled in October, it

REQUEST TO CONTINUE SUMMARY JUDGMENT HEARING      1

was continued per defendant, PBIS' re-notices.  It was scheduled for December 18, 2008 per the court, *sua sponte*.  On November 13, 2007, Mr. Cowan received notice of the previously scheduled hearing and consented to the date with opposing counsel in that case.

2. Further, unfortunately, Robert Cowan's life and work were disrupted by the untimely death of his aunt, Ruth Langston, on December 11, 2007.  Due to that difficult event, Mr. Cowan was not emotionally able and did not return to his law office until December 26, 2007 to prepare an adequate opposition.

Dated: December 28, 2007

/s/ Robert Cowan

ROBERT COWAN, ESQ.

Attorney for Plaintiff
BERETTA HOFF

**ROBERT COWAN**
1375 Quesada Avenue
San Francisco, CA 94124

REQUEST TO CONTINUE SUMMARY JUDGMENT HEARING

2

**DECLARATION OF ROBERT COWAN**

I Robert Cowan declare as follows:

1. I am the attorney representing Ms. Hoff in the above-referenced case.
2. I have read the foregoing request and declare the statements made therein to be true and correct to the best of my knowledge, and I am willing and able to testify to same.

I declare this December 28, 2007 that the foregoing to be true and correct under penalty of perjury under the laws of the State of California and the United States of America.

/s/ Robert Cowan

ROBERT COWAN, ESQ.



REQUEST TO CONTINUE SUMMARY JUDGMENT HEARING

3

1 CERTIFICATE OF SERVICE

2 I certify that a copy of this document was served electronically on December 28, 2007 on

3 counsel of record in compliance with Federal Rule 5, Federal Local Rule 5.6 and General

4 Order 45, by use of the Court's ECF system.

5 Dated: December 28, 2007

/s/ Robert Cowan

ROBERT COWAN, ESQ.

**ROBERT COWAN**
1375 Quesada Avenue
San Francisco, CA 94124