IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERETTA HOFF, | No. C 07-00126 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| AT&T-PBIS, et al., | |
| Defendants. / | |

Defendants' motion for summary judgment is granted because plaintiff concedes that she did not exhaust her administrative remedies prior to filing suit. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: February 11, 2008

SUSAN ILLSTON
United States District Judge